# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARI MARGARET DIMINO,<br>    Plaintiff,<br>v.<br>LONNE RICHARD KLEIMAN,<br>    Defendant. | Case No. 2:24-cv-00124-JAD-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Defendant failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than February 6, 2024.

IT IS SO ORDERED.

Dated: January 30, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1