# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARI MARGARET DIMINO,

    Plaintiff,

v.

LONNE RICHARD KLEIMAN,

    Defendant.

Case No. 2:24-cv-00124-JAD-NJK

**Order**

On January 30, 2024, Defendant was ordered file a certificate of interested parties no later than February 6, 2024.  *See* Docket No. 9.  To date, Defendant has not filed a certificate of interested parties.  *See* Docket.

Accordingly, Defendant is hereby **ORDERED** to file a certificate of interested parties by February 15, 2024.  Failure to comply with this order may result in sanctions, including a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: February 8, 2024

                                                                  
Nancy J. Koppe
United States Magistrate Judge