JAMES E. HARPER
Nevada Bar No. 9822
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MARI MARGARET DiMINO, individually, | CASE NO.:  2:24-cv-00124-JAD-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING JOINT PRETRIAL ORDER DATE** |
| vs. | |
| LONNE RICHARD KLEIMAN, individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff, MARI MARGARET DiMINO ("Plaintiff"), by and through her attorneys of record, THE702FIRM INJURY ATTORNEYS, and Defendant, LONNE RICHARD KLEIMAN ("Defendant"), by and through his attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for the Parties to file the Proposed Joint Pretrial Order.

Pursuant to LR IA 6-1 and LR 26-3, the Parties hereby agree to a sixty (60) day continuance to file the Proposed Joint Pretrial Order. The current deadline for the Proposed Joint Pretrial Order is November 26, 2024. The Parties are requesting the continuance in pursuit of settlement discussions and, if necessary, private dispute resolution.

/ / /

1

It is hereby stipulated that the Proposed Joint Pretrial Order be filed by January 24, 2025.

DATED this 21st day of November 2024.    DATED this 21st day of November 2024.

**THE702FIRM INJURY ATTORNEYS**         **HARPER | SELIM**

/s/ *Matthew P. Pawlowski*              /s/ *James E. Harper*

MATTHEW P. PAWLOWSKI                    JAMES E. HARPER
Nevada Bar No. 9889                     Nevada Bar No. 9822
8335 W. Flamingo Road                   1935 Village Center Circle
Las Vegas, Nevada 89147                 Las Vegas, Nevada 89134
*Attorneys for Plaintiff*               *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

2