JAMES E. HARPER
Nevada Bar No. 9822
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARI MARGARET DiMINO, individually, | CASE NO.:  2:24-cv-00124-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| LONNE RICHARD KLEIMAN, individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff, MARI MARGARET DiMINO, by and through her counsel of record, THE702FIRM INJURY ATTORNEYS, and Defendant, LONNE RICHARD KLEIMAN, by and through his counsel of record, HARPER | SELIM, that this

/ / /

1

matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 28th day of January 2025.   DATED this 28th day of January 2025.

**THE702FIRM INJURY ATTORNEYS**   **HARPER | SELIM**

*/s/ Matthew P. Pawlowski*   */s/ James E. Harper*

MATTHEW P. PAWLOWSKI   JAMES E. HARPER
Nevada Bar No. 9889   Nevada Bar No. 9822
8335 W. Flamingo Road   1935 Village Center Circle
Henderson, NV 89147   Las Vegas, NV 89134
*Attorneys for Plaintiff*   *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **(ECF No. 23)** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT COURT JUDGE
January 28, 2025